# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2013

## NO. 03-11-00538-CV

**Susan Combs, Texas Comptroller of Public Accounts,
and the Office of the Comptroller of Public Accounts, Appellant**

**v.**

**The Texas Civil Rights Project and Sarah Canright, Appellee**

---

**APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
VACATED AND DISMISSED FOR WANT OF JURISDICTION –
OPINION BY JUSTICE FIELD
CONCURRING OPINION BY JUSTICE GOODWIN
DISSENTING OPINION BY CHIEF JUSTICE JONES**

---

**THIS CAUSE** having this day come on to be considered, and the Court being of the opinion that there was error in the order of the trial court: **IT IS ACCORDINGLY** considered, adjudged and ordered that the trial court's order is vacated and the suit is dismissed for want of jurisdiction. It is **FURTHER** ordered that the appellee pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.